UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-03879-GW-SHK | Date: | February 27, 2023 |
| Title: | *Frederick Luehring v. Metropolitan State Hospital, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On January 3, 2023, the Court issued its Order Dismissing First Amended Complaint with Leave to Amend ("ODLA FAC").  Electronic Case Filing ("ECF No.") 26, ODLA FAC.  The Court also provided plaintiff Frederick Luehring ("Plaintiff") with a blank Civil Rights Form and a Voluntary Dismissal form if either was desired.  Plaintiff's Second Amended Complaint ("SAC") was due on or before January 24, 2023.  To date, Plaintiff has failed to file a SAC within the allotted time, nor has he requested an extension of time within which to do so.  However, on February 8, 2023, the Court received Plaintiff's Notice of Change of Address.  ECF No. 27.

Accordingly, on or before **March 3, 2023**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if Plaintiff does desire to pursue this action, show good cause in writing, if any exists, why Plaintiff has not timely filed with the Court a SAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a SAC.

Plaintiff is forewarned that if he fails to carry out one of the provided options, the Court **will** deem such failure a further violation of a Court order justifying dismissal, and also deem such failure further evidence of a lack of prosecution on Plaintiff's part.

**IT IS SO ORDERED.**