# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LUEHRING,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EUNMEE LEE, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-03879-GW-SK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANTS' MOTION TO DISMISS** |

　　　　In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation of the United States Magistrate Judge to Grant in Part and Deny in Part Defendants' Motion to Dismiss the Third Amended Complaint, Plaintiff's Objections to the Report and Recommendation (ECF 92), and any pertinent records as needed.[1]  Having reviewed de novo those specific portions of the Report and Recommendation to which Plaintiff has timely and properly objected, the Court concludes that nothing in the Objections affects or alters the material findings and conclusions set forth in the Report and Recommendation.  *See* Fed. R. Civ. P. 72(b).  The Court thus accepts the material findings and conclusions in the Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1)(C).

　　　　IT IS THUS ORDERED THAT:

　　　　(1)　Plaintiff's Fifth and Sixth Amendment claims in the Third Amended Complaint are DISMISSED WITH PREJUDICE.

---

[1] Due to the retirement of the originally assigned Magistrate Judge, this case has been randomly reassigned to another Magistrate Judge as of August 2025.

(2)   Plaintiff's third "claim" for damages in the Third Amended Complaint is DISMISSED WITH PREJUDICE.

(3)   In all other respects, Defendants' motion to dismiss the Third Amended Complaint is DENIED without prejudice to any applicable qualified immunity defense.

(4)   Defendants shall file their Answer to the surviving Fourteenth Amendment procedural due process claims in the Third Amended Complaint within 21 days of this Order.

(5)   This case remains referred to the (reassigned) Magistrate Judge for any remaining pretrial proceedings in accordance with General Order 05-07.

IT IS SO ORDERED.

DATED: August 28, 2025

_____
GEORGE H. WU
United States District Judge