**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FREDERICK LUEHRING,
Plaintiff,
v.
METROPOLITAN STATE HOSPITAL et al.,
Defendants.

Case No. 2:21-cv-03879-GW (SK)

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation (R&R) to grant Defendants' Motion for Summary Judgment, any relevant records as needed, and Plaintiff's objections (ECF 167). The Court has reviewed de novo those identifiable portions of the R&R to which Plaintiff has timely and properly objected. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). The Court finds that none of Plaintiff's objections has merit, nor do they change the material findings and conclusions in the R&R.

The Court therefore accepts the recommendation and orders that Defendants' Motion for Summary Judgment be GRANTED for the reasons set forth in the R&R. Judgment in Defendants' favor will be entered accordingly. Any outstanding requests (e.g., ECF 168) are DENIED as moot.

IT IS SO ORDERED.

DATED: November 4, 2026

GEORGE H. WU
United States District Judge