**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FREDERICK LUEHRING,

Plaintiff,

v.

METROPOLITAN STATE HOSPITAL et al.,

Defendants.

Case No. 2:21-cv-03879-GW (SK)

**JUDGMENT**

Pursuant to the Order Accepting the Report and Recommendation to Grant Defendants' Motion for Summary Judgment, IT IS ADJUDGED that this action is dismissed with prejudice. Judgment is entered in favor of Defendants Eunmee Lee and Maybel Manlagnit.

DATED: November 4, 2026

GEORGE H. WU
United States District Judge